UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NA'EEM BETZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Case No. 1:22-cv-02235-JEB |
| v. | ) |
| | ) |
| SYNCHRONY BANK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT SYNCHRONY BANK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant Synchrony Bank ("Synchrony"), by and through its undersigned counsel, hereby moves this Court for an Order dismissing the Complaint of Na'eem Betz ("Plaintiff") for failure to state a claim upon which relief may be granted. The factual and legal grounds for this Motion are set forth in the accompanying Memorandum of Law which is filed contemporaneously herewith and incorporated by reference herein as if set forth in full.

Dated: September 15, 2022

Respectfully submitted,

*/s/ Mark D. Quist*
Mark D. Quist (D.C. Bar No. 1552500)
Reed Smith LLP
1301 K Street NW, Suite 1000
Washington, DC 20005
Phone: (202) 414-9200
mquist@reedsmith.com

*Counsel for Synchrony Bank*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 15, 2022, I have caused to be electronically filed the within and foregoing in the above-styled civil action with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record as follows:

>Na'eem Betz
>4244 Hildreth Street, SE
>Washington D.C. 20019-9998
>Plaintiff, *Pro Se*

>*/s/ Mark D. Quist*
>Mark D. Quist (D.C. Bar No. 1552500)