**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NA'EEM BETZ,<br><br>    Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK,<br><br>    Defendant. | )<br>)<br>)<br>)  Civil Case No. 1:22-cv-02235-JEB<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

    Before the Court is the Defendant Synchrony Bank's Motion to Dismiss Plaintiff's Complaint. Based on the parties' briefing and the arguments of counsel, the Court finds good cause for granting the Motion. It is therefore **ORDERED** that the Motion is hereby **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**.


Dated: _____                 _____
                                                HON.