# EXHIBIT A

 An official website of the United States Government



Active complaints

# 210419-6435859

## Primary consumer information

**FULL NAME**
NA'EEM O BETZ

**PHONE**
12027068063

**EMAIL ADDRESS**
nobetzo@gmail.com

**ADDRESS**
55 FREEDOM DRIVE
VERO BEACH, Florida 32966-8772
United States

### Methods of identification provided by the consumer

**SOCIAL SECURITY NUMBER (LAST FOUR)**
8558

## Product information

**PRODUCT OR SERVICE**

Debt collection (Credit card debt)

**ISSUE**

Communication tactics

Frequent or repeated calls

**CONSUMER IDENTIFIED COMPANY NAME**

SYNCHRONY BANK

**PHONE NUMBER DEBT COLLECTOR IS CALLING**

2027068063

## What happened

CONSUMER NOTICE OF DISPUTE OF DEBT 15 USC§1692g, FAIR DEBT COLLECTION PRACTICES ACT ("FDCPA") Na'eem Betz a consumer, pursuant to 15 U.S.C.§1692g, Fair Debt Collection Practices Act ("FDCPA") hereby disputes the alleged debt by Defendant SYNCHRONY BANK claims in the above titled matter. Therefore, this Notice shall be deemed a request / demand for "verification" and debt validation request as defined by 15 U.S.C. 1692(g)(1)(2)(5)(b) and The Florida Consumer Collection Practices (hereinafter Florida Statutes §559.55 et seq ("FCCPA"). Plaintiff Na'eem Betz hereby requests validation pursuant to 15 U.S.C§1692(g)(b). Specifically, I dispute as to the identity of the true owner (if any) of this alleged debt, the alleged amount due and owing, I dispute all signatures appearing on Defendants unauthenticated hearsay documents, and the Defendants alleged authority and capacity to collect and or sue on behalf of the same. The Defendants are "DEBT COLLECTOR" as that term is defined by 15 U.S.C.§1692a(6). Plaintiff Na'eem Betz is a "consumer" as that term is defined by 15 U.S.C.§1692a(3). Defendants SYNCHRONY BANK are "DEBT COLLECTOR" "attempting to collect a debt" obligation or alleged obligation primarily for personal, family, or household purposes, as that term is defined by 15 U.S.C.§1692a(5).

Defendant SYNCHRONY BANK "DEBT COLLECTOR" must comply with the requests timely and completely. Failure to provide the above documentation on corporate letter head with a wet ink or live signature will result in either way a Federal Civil action petition for DAMAGES, STATUTORY, PUNITIVE, ACTUAL, FEES AND EXPENSES, COSTS, AND OTHER RELATED RELIEF. Willful Violations of the Florida Consumer Collection Practices Act (FCCPA) Florida Statutes §559.55 et seq. ("FCCPA") 559.72 Prohibited practices generally. —In collecting consumer debts, no person shall: (11) Communicate with a debtor under the guise of an attorney by using the stationery of an attorney or forms or instruments that only attorneys are authorized to prepare. 559.77 Civil remedies. — (1) A debtor may bring a civil action against a person violating the provisions of s. 559.72 in the county in which the alleged violator resides or has his or her principal place of business or in the county where the alleged violation occurred. (2) Any person who fails to comply with any provision of s. 559.72 is liable for actual damages and for additional statutory damages as the court may allow, but not exceeding $1,000, together with court costs and reasonable attorney's fees incurred by the plaintiff. In determining the defendant's liability for any additional statutory damages, the court shall consider the nature of the defendant's noncompliance with s. 559.72, the frequency and persistence of the noncompliance, and the extent to which the noncompliance was intentional. Willful Violations of § 813 Civil liability [15 USC 1692k] § 806 Harassment or abuse [15 USC 1692d] § 807 False or misleading representations [15 USC 1692e] § 808 Unfair practices [15 USC 1692f] § 809.Validation of debts [15 USC 1692g] § 812. Furnishing certain deceptive forms [15 USC 1692j] Willful Violations of § 47 U.S.C. §227(b)(3)(B) (TCPA) THE TELEPHONE CONSUMER PROTECTION ACT VIOLATIONS OF 47 U.S.C.§227(b)(1)(A)(iii) USING ANY AUTOMATIC TELEPHONE DIALING SYSTEM OR AN ARTIFICIAL OR PRERECORDED VOICE" TO "ANY TELEPHONE NUMBER ASSIGNED TO A*CELLULAR TELEPHONE SERVICE* Contact available by email: nobetzo@gmail.com only for official settlement purposes... I do not give prior express written consent for any other use… Please respond via

e-mail and First-Class USPS Mail, USPS Priority Mail, Fed Ex Overnight, UPS Overnight Mail. Plaintiff will be sending by email, USPS mail and or fax a legal complaint draft, which explains the basis for my claims.

**ALREADY ATTEMPTED TO FIX THIS ISSUE WITH THE COMPANY?**

Yes

**ATTACHMENTS**

SYNCHRONY BANK_ 15 U.S.C. 1692(g)_ NOTICE OF DEBT DISPUTE_FDCPA.pdf (171.2 KB)

Download all attachments

## Desired resolution

OUT OF DISTRICT COURT SETTLEMENT (MONETARY)

## Response recipients

**SUBMITTED BY**
Primary consumer

**WHO WILL RECEIVE RESPONSES?**
Primary consumer

## What is the company's response?   Response definitions

- ◯ In progress
- ◯ Closed with explanation
- ◯ Closed with monetary relief
- ◯ Closed with non-monetary relief

- ◯ Alerted CFPB
- ◯ Duplicate CFPB complaint reported
- ◯ Incorrect company
- ◯ Sent to regulator

## COMPLAINT STATUS

### ALERTS

**Files attached**

### COMPLAINT STATUS

Pending Action By Company

### SENT TO COMPANY

04/19/2021 18:06 ET

### DUE DATE

05/04/2021

## ACTIONS

Respond

Print

Terms of service (terms-of-service)

An official website of the United States Government

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **NA'EEM BETZ** ) | CIVIL CASE NO: PENDING |
| ) | |
| *Plaintiff, Consumer*) | |
| v. ) | |
| ) | **CONSUMER NOTICE OF DISPUTE OF** |
| **SYNCHRONY BANK** ) | **DEBT 15 USC§1692g, FAIR DEBT** |
| *Defendant, Respondent*) | **COLLECTION PRACTICES ACT** |
| | **("FDCPA")** |

Na'eem Betz a consumer, pursuant to 15 U.S.C.§1692g, Fair Debt Collection Practices Act ("FDCPA") hereby disputes the alleged debt by Defendant SYNCHRONY BANK claims in the above titled matter. Therefore, this Notice shall be deemed a request / demand for "verification" and debt validation request as defined by 15 U.S.C. 1692(g)(1)(2)(5)(b) and The Florida Consumer Collection Practices (hereinafter Florida Statutes §559.55 et *seq* ("FCCPA").

Plaintiff Na'eem Betz hereby requests validation pursuant to 15 U.S.C§1692(g)(b). Specifically, I dispute as to the identity of the true owner (if any) of this alleged debt, the alleged amount due and owing, I dispute all signatures appearing on Defendants unauthenticated hearsay documents, and the Defendants alleged authority and capacity to collect and or sue on behalf of the same. The Defendants are "DEBT COLLECTOR" as that term is defined by 15 U.S.C.§1692a(6). Plaintiff Na'eem Betz is a "consumer" as that term is defined by 15 U.S.C.§1692a(3).

Defendants SYNCHRONY BANK are "DEBT COLLECTOR" "attempting to collect a debt" obligation or alleged obligation primarily for personal, family, or household purposes, as that term is defined by 15 U.S.C.§1692a(5). Defendant SYNCHRONY BANK "DEBT COLLECTOR" must comply with the requests timely and completely. Failure to provide the above documentation on corporate letter head with a wet ink or live signature will result in either way a Federal Civil action petition for **DAMAGES, STATUTORY, PUNITIVE, ACTUAL, FEES AND EXPENSES, COSTS, AND OTHER RELATED RELIEF.**

**Willful Violations of the Florida Consumer Collection Practices Act (FCCPA)**
**Florida Statutes §559.55 et seq. ("FCCPA")**
**559.72    Prohibited practices generally. —In collecting consumer debts, no person shall:**

**(11)    Communicate with a debtor under the guise of an attorney by using the stationery of an attorney or forms or instruments that only attorneys are authorized to prepare.**

**559.77    Civil remedies. —**

**(1)    A debtor may bring a civil action against a person violating the provisions of s. 559.72 in the county in which the alleged violator resides or has his or her principal place of business or in the county where the alleged violation occurred.**

**(2)    Any person who fails to comply with any provision of s. 559.72 is liable for actual damages and for additional statutory damages as the court may allow, but not exceeding $1,000, together with court costs and reasonable attorney's fees incurred by the plaintiff. In determining the defendant's liability for any additional statutory damages, the court shall consider the nature of the defendant's noncompliance with s. 559.72, the frequency and persistence of the noncompliance, and the extent to which the noncompliance was intentional.**

**Willful Violations of § 813 Civil liability [15 USC 1692k]**

> **§ 806  Harassment or abuse [15 USC 1692d]**
> **§ 807  False or misleading representations [15 USC 1692e]**
> **§ 808  Unfair practices [15 USC 1692f]**
> **§ 809. Validation of debts [15 USC 1692g]**
> **§ 812. Furnishing certain deceptive forms [15 USC 1692j]**

**Willful Violations of § 47 U.S.C. §227(b)(3)(B)**

**(TCPA) THE TELEPHONE CONSUMER PROTECTION ACT**
**VIOLATIONS OF 47 U.S.C.§227(b)(1)(A)(iii)**

**USING ANY AUTOMATIC TELEPHONE DIALING SYSTEM OR AN ARTIFICIAL OR PRERECORDED VOICE" TO "ANY TELEPHONE NUMBER ASSIGNED TO A*CELLULAR TELEPHONE SERVICE***

**Contact available by email: nobetzo@gmail.com only for official settlement purposes...**
 **I do not give prior express written consent for any other use… Please respond via e-mail and First-Class USPS Mail, USPS Priority Mail, Fed Ex Overnight, UPS Overnight Mail.**

**Plaintiff will be sending by email, USPS mail and or fax a legal complaint draft, which explains the basis for my claims.**

Please contact me if you have any questions about this letter. Thank you for your cooperation in this matter. I only consent to the use of my email (nobetzo@gmail.com), and or wireless telephone number (202) 706-8063 for serious settlement purpose only. I do not consent for any other purposes.

NA'EEM OMAR BETZ
55 FREEEDOM DRIVE
VERO BEACH, FLORIDA, 32966-8772
nobetzo@gmail.com

Dated: April 19th, 2021

Regards, *Na'eem Omar Betz*
Consumer, Plaintiff
Na'eem Betz
(nobetzo@gmail.com)
(202) 706-8063
ALL RIGHTS RESERVED
28 U.S.C. 1746 - 15 U.S.C. 7001(a)(1)(2)

## CERTIFICATE OF SERVICE

I certify that the above document styled Notice of Dispute of Debt was served upon the Defendant SYNCHRONY BANK below by email, fax, (CFPB) Consumer Financial Protection Bureau, (OAG) The Attorney General for the State of Florida (BBB) Better Business Bureau®Online Complaint System.

SYNCHRONY BANK
950 Forrer Blvd
Kettering, OH 45420-1469
http://www.synchrony.com
(866) 419-4096