**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NA'EEM BETZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. 1:22-cv-02235-JEB |
| v. | ) | |
| | ) | |
| SYNCHRONY BANK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## [PROPOSED] ORDER

Before the Court is the Defendant Synchrony Bank's Motion to Dismiss Plaintiff's Second Amended Complaint.  Based on the parties' briefing and the arguments of counsel, the Court finds good cause for granting the Motion. It is therefore **ORDERED** that the Motion is hereby **GRANTED** and Plaintiff's Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: _____          _____
                                         HON.