# EXHIBIT A

# Casale, David A.

| | |
|---|---|
| **From:** | Casale, David A. |
| **Sent:** | Wednesday, January 11, 2023 1:36 PM |
| **To:** | 'Na'eem Omar Betz' |
| **Cc:** | Quist, Mark D.; Lauritzen, Sherri L. |
| **Subject:** | RE: LOCAL RULE 7(m) CERTIFICATION DUTY TO CONFER ON NONDISPOSITIVE MOTIONS_REQUESTING YOUR CONSENT OR OBJECTION_ TO THE PROPOSED CONSENT MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT |

Mr. Betz –

I've had an opportunity to discuss with my client.

Your prior amendment substantially changed the substance of your pleading, forcing us to expend a lot of time and resources to analyze and respond. We want to be accommodating because you're a *pro se* plaintiff, but it costs substantial time and money to respond each time. We're open to consenting to your motion this time, but if this happens again (i.e. a third amended complaint), we will likely be objecting.

Thanks,
Dave

**David Casale**
Senior Staff Attorney

dcasale@reedsmith.com
+1 412 288 5937

**Reed Smith LLP**
Global Solutions - Pittsburgh
20 Stanwix Street
Pittsburgh, PA 15222-4899
T: +1 412 288 3330
F: +1 412 288 3063
**www.reedsmith.com**

---

**From:** Na'eem Omar Betz <nobetzo@gmail.com>
**Sent:** Tuesday, January 10, 2023 10:19 AM
**To:** Casale, David A. <DCasale@reedsmith.com>
**Cc:** Quist, Mark D. <MQuist@reedsmith.com>; Lauritzen, Sherri L. <SLauritzen@ReedSmith.com>
**Subject:** Re: LOCAL RULE 7(m) CERTIFICATION DUTY TO CONFER ON NONDISPOSITIVE MOTIONS_REQUESTING YOUR CONSENT OR OBJECTION_ TO THE PROPOSED CONSENT MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

EXTERNAL E-MAIL - From nobetzo@gmail.com

D.C. LAWYER'S RULES OF PROFESSIONAL CONDUCT:

Rule 3.2--Expediting Litigation

Rule 3.4--Fairness to Opposing Party and Counsel

1