# EXHIBIT B

**Casale, David A.**

| | |
|---|---|
| **From:** | Na'eem Omar Betz <nobetzo@gmail.com> |
| **Sent:** | Tuesday, February 21, 2023 3:02 PM |
| **To:** | Quist, Mark D. |
| **Cc:** | Casale, David A. |
| **Subject:** | Re: LOCAL RULE 7(m) CERTIFICATION DUTY TO CONFER ON NONDISPOSITIVE MOTIONS_REQUESTING YOUR CONSENT OR OBJECTION_ TO THE PROPOSED CONSENT MOTION FOR AN EXTENSION OF TIME (31) DAYS FOR PLAINTIFF TO RESPOND TO DEFENDANT SYNCHRONY BANK'S [23] MOTION TO DISMIS |

==EXTERNAL E-MAIL - From nobetzo@gmail.com==


D.C. LAWYER'S RULES OF PROFESSIONAL CONDUCT:

Rule 3.2--Expediting Litigation

Rule 3.4--Fairness to Opposing Party and Counsel

Rule 4.1--Truthfulness in Statements to Others.

Rule 4.3--Dealing With Unrepresented Persons Other Than Clients

Rule 4.4--Respect for Rights of Third Persons

Rule 5.5--Unauthorized Practice

Rule 7.1--Communications Concerning a Lawyer's Services

Rule 8.3--Reporting Professional Misconduct

Rule 8.4--Misconduct

Rule 8.5--Disciplinary Authority; Choice of Law


IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA_ CASE:1:22-cv-02235-JEB_BETZ v. SYNCHRONY BANK *et* al.

Good Afternoon,

David Casale

Senior Staff Attorney / *Pro Hac Vice*

Mark D. Quist (D.C. Bar No. 1552500)

Alright, since you provided consent until March 24, 2023 ......I will conditionally accept that for now... But if additional time is needed I will file a motion with the judge/court immediately.

**Document Number:** 24

**Docket Text:**
**ORDER DIRECTING Plaintiff to respond to Defendant Synchrony Bank's [23] Motion to Dismiss the Second Amended Complaint by March 7, 2023. Signed by Judge James E. Boasberg on 2/21/2023. (lcjeb1)**

Thank you for your time and consideration...

Sincerely

Na'eem Omar Betz

Consumer / Plaintiff

ALL RIGHTS RESERVED

28 U.S.C. § 1746 - 15 U.S.C. § 7001(a)(1)(2)

18 U.S.C. § 242 - Deprivation of Rights Under Color of Law

18 U.S.C § 241 - Conspiracy Against Rights

42 U.S.C. § 1983 - Civil Action For Deprivation Of Rights

**ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521**
**PRIVATE: THIS IS NOT A PUBLIC NOTICE OR PUBLIC COMMUNICATION**

**Notice to Principal is Notice to Agent / Notice to Agent is Notice to Principal**

**This private email message, and any attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is for the sole use of the intended recipient and contains privileged and/or confidential information. To all public servants, including but not limited to Federal, State, or Local corporate government(s): I accept your oath of office as your firm and binding contract between you and me, one of the People, whereby you have promised to serve, protect, and defend me, guarantee all of my inalienable rights, and defend the Constitution for the United States of America. Any/all political, private, or public entities, International, Federal, State, or Local corporate government(s), private International Organization(s), Municipality(ties), Corporate agent(s), informant(s), investigator(s) et. al., and/or third party(ties) working in collusion by monitoring My (this email) email(s), and any other means of communication without My express written permission are barred from any review, use, disclosure, or distribution. With explicit reservation of all My rights, without prejudice and without recourse to any of My rights. Any omission does not constitute a waiver of any and/or all intellectual property rights or reserved rights.**

On Tue, Feb 21, 2023 at 2:48 PM Quist, Mark D. <MQuist@reedsmith.com> wrote:

I agree that I am not in your position, which is why I invited you to explain why you need more than the 31 days we've already said we'd consent to. You don't need to explain anything to us, but absent some explanation, we will not consent to an extension behind March 24. We're trying to accommodate you, but we need reciprocal goodwill and cooperation.

**From:** Na'eem Omar Betz <nobetzo@gmail.com>
**Sent:** Tuesday, February 21, 2023 2:38 PM
**To:** Quist, Mark D. <MQuist@reedsmith.com>
**Cc:** Casale, David A. <DCasale@reedsmith.com>
**Subject:** Re: LOCAL RULE 7(m) CERTIFICATION DUTY TO CONFER ON NONDISPOSITIVE MOTIONS_REQUESTING YOUR CONSENT OR OBJECTION_ TO THE PROPOSED CONSENT MOTION FOR AN EXTENSION OF TIME (31) DAYS FOR PLAINTIFF TO RESPOND TO DEFENDANT SYNCHRONY BANK'S [23] MOTION TO DISMIS

EXTERNAL E-MAIL - From nobetzo@gmail.com

D.C. LAWYER'S RULES OF PROFESSIONAL CONDUCT:

Rule 3.2--Expediting Litigation

Rule 3.4--Fairness to Opposing Party and Counsel

Rule 4.1--Truthfulness in Statements to Others.

Rule 4.3--Dealing With Unrepresented Persons Other Than Clients

Rule 4.4--Respect for Rights of Third Persons

Rule 5.5--Unauthorized Practice

Rule 7.1--Communications Concerning a Lawyer's Services

Rule 8.3--Reporting Professional Misconduct

Rule 8.4--Misconduct

Rule 8.5--Disciplinary Authority; Choice of Law

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA_ CASE:1:22-cv-02235-JEB_BETZ v. SYNCHRONY BANK *et* al.

Good Afternoon,

David Casale

Senior Staff Attorney / *Pro Hac Vice*

Mark D. Quist (D.C. Bar No. 1552500)

Counel the judge has ordered me until March 7, 2023... Also, I have some current personal issues to attend to and April 7, 2023 will be enough time for me... Furthermore, I know you have never prepared or filed legal documents as a *PRO SE* party before.... Respectfully you can't possibly know what my position is like or how much time I will need....?

**Document Number:** 24

**Docket Text:**
**ORDER DIRECTING Plaintiff to respond to Defendant Synchrony Bank's [23] Motion to Dismiss the Second Amended Complaint by March 7, 2023. Signed by Judge James E. Boasberg on 2/21/2023. (lcjeb1)**

Thank you for your time and consideration...

Sincerely

Na'eem Omar Betz

Consumer / Plaintiff

ALL RIGHTS RESERVED

28 U.S.C. § 1746 - 15 U.S.C. § 7001(a)(1)(2)

18 U.S.C. § 242 - Deprivation of Rights Under Color of Law

18 U.S.C § 241 - Conspiracy Against Rights

42 U.S.C. § 1983 - Civil Action For Deprivation Of Rights

**ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521**
**PRIVATE: THIS IS NOT A PUBLIC NOTICE OR PUBLIC COMMUNICATION**

**Notice to Principal is Notice to Agent / Notice to Agent is Notice to Principal**

**This private email message, and any attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is for the sole use of the intended recipient and contains privileged and/or confidential information. To all public servants, including but not limited to Federal, State, or Local corporate government(s): I accept your oath of office as your firm and binding contract between you and me, one of the People, whereby you have promised to serve, protect, and defend me, guarantee all of my inalienable rights, and defend the Constitution for the United States of America. Any/all political, private, or public entities, International, Federal, State, or Local corporate government(s), private International Organization(s), Municipality(ties), Corporate agent(s), informant(s), investigator(s) et. al., and/or third party(ties) working in collusion by monitoring My (this email) email(s), and any other means of communication without My express written permission are barred from any review, use, disclosure, or distribution. With explicit reservation of all My rights, without prejudice and without recourse to any of My rights. Any omission does not constitute a waiver of any and/or all intellectual property rights or reserved rights.**

On Tue, Feb 21, 2023 at 2:28 PM Quist, Mark D. <MQuist@reedsmith.com> wrote:

> March 24 is already 31 days from today, and our motion to dismiss is relatively short and straightforward. Is there some reason you need the additional 14 days beyond March 24? We don't want to be unaccommodating if you can explain why you need the additional time, but 45 days to file an opposition to a motion seems extraordinary, even for a *pro se* litigant.

**From:** Na'eem Omar Betz <nobetzo@gmail.com>
**Sent:** Tuesday, February 21, 2023 2:22 PM
**To:** Quist, Mark D. <MQuist@reedsmith.com>
**Cc:** Casale, David A. <DCasale@reedsmith.com>
**Subject:** Re: LOCAL RULE 7(m) CERTIFICATION DUTY TO CONFER ON NONDISPOSITIVE MOTIONS_REQUESTING YOUR CONSENT OR OBJECTION_ TO THE PROPOSED CONSENT MOTION FOR AN EXTENSION OF TIME (31) DAYS FOR PLAINTIFF TO RESPOND TO DEFENDANT SYNCHRONY BANK'S [23] MOTION TO DISMIS

EXTERNAL E-MAIL - From nobetzo@gmail.com

D.C. LAWYER'S RULES OF PROFESSIONAL CONDUCT:

Rule 3.2--Expediting Litigation

Rule 3.4--Fairness to Opposing Party and Counsel

Rule 4.1--Truthfulness in Statements to Others.

Rule 4.3--Dealing With Unrepresented Persons Other Than Clients

Rule 4.4--Respect for Rights of Third Persons

Rule 5.5--Unauthorized Practice

Rule 7.1--Communications Concerning a Lawyer's Services

Rule 8.3--Reporting Professional Misconduct

Rule 8.4--Misconduct

Rule 8.5--Disciplinary Authority; Choice of Law


IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA_ CASE:1:22-cv-02235-JEB_BETZ v. SYNCHRONY BANK *et* al.


Good Afternoon,

Mark D. Quist (D.C. Bar No. 1552500)|

David A. Casale / Senior Staff Attorney

In further response to your question..... "31 days" from March 7, 2023, to April 7, 2023.

**Document Number:** 24

**Docket Text:**
**ORDER DIRECTING Plaintiff to respond to Defendant Synchrony Bank's [23] Motion to Dismiss the Second Amended Complaint by March 7, 2023. Signed by Judge James E. Boasberg on 2/21/2023. (lcjeb1)**

Please advise;

Thank you for your time and consideration...

Sincerely

Na'eem Omar Betz

Consumer / Plaintiff

ALL RIGHTS RESERVED

28 U.S.C. § 1746 - 15 U.S.C. § 7001(a)(1)(2)

18 U.S.C. § 242 - Deprivation of Rights Under Color of Law

18 U.S.C § 241 - Conspiracy Against Rights

42 U.S.C. § 1983 - Civil Action For Deprivation Of Rights

**ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521**
**PRIVATE: THIS IS NOT A PUBLIC NOTICE OR PUBLIC COMMUNICATION**

**Notice to Principal is Notice to Agent / Notice to Agent is Notice to Principal**

**This private email message, and any attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is for the sole use of the intended recipient and contains privileged and/or confidential information. To all public servants, including but not limited to Federal, State, or Local corporate government(s): I accept your oath of office as your firm and binding contract between you and me, one of the People, whereby you have promised to serve, protect, and defend me, guarantee all of my inalienable rights, and defend the Constitution for the United States of America. Any/all political, private, or public entities, International, Federal, State, or Local corporate government(s), private International Organization(s), Municipality(ties), Corporate agent(s), informant(s), investigator(s) et. al., and/or third party(ties) working in collusion by monitoring My (this email) email(s), and any other means of communication without My express written permission are barred from any review, use, disclosure, or distribution. With explicit reservation of all My rights, without prejudice and without recourse to any of My rights. Any omission does not constitute a waiver of any and/or all intellectual property rights or reserved rights.**

On Tue, Feb 21, 2023 at 2:15 PM Quist, Mark D. <MQuist@reedsmith.com> wrote:

> We consent to March 24, and we think that's plenty of time. But if you intend to seek more time than that, let us know the specific date you have in mind once you're able to do so, and we'll consider our position.

> **From:** Na'eem Omar Betz <nobetzo@gmail.com>
> **Sent:** Tuesday, February 21, 2023 2:11 PM
> **To:** Quist, Mark D. <MQuist@reedsmith.com>
> **Cc:** Casale, David A. <DCasale@reedsmith.com>

**Subject:** Re: LOCAL RULE 7(m) CERTIFICATION DUTY TO CONFER ON NONDISPOSITIVE MOTIONS_REQUESTING YOUR CONSENT OR OBJECTION_ TO THE PROPOSED CONSENT MOTION FOR AN EXTENSION OF TIME (31) DAYS FOR PLAINTIFF TO RESPOND TO DEFENDANT SYNCHRONY BANK'S [23] MOTION TO DISMIS

EXTERNAL E-MAIL - From nobetzo@gmail.com

D.C. LAWYER'S RULES OF PROFESSIONAL CONDUCT:

Rule 3.2--Expediting Litigation

Rule 3.4--Fairness to Opposing Party and Counsel

Rule 4.1--Truthfulness in Statements to Others.

Rule 4.3--Dealing With Unrepresented Persons Other Than Clients

Rule 4.4--Respect for Rights of Third Persons

Rule 5.5--Unauthorized Practice

Rule 7.1--Communications Concerning a Lawyer's Services

Rule 8.3--Reporting Professional Misconduct

Rule 8.4--Misconduct

Rule 8.5--Disciplinary Authority; Choice of Law

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA_ CASE:1:22-cv-02235-JEB_BETZ v. SYNCHRONY BANK *et* al.

Good Afternoon,

Mark D. Quist (D.C. Bar No. 1552500)|

David A. Casale / Senior Staff Attorney

In response to your question either March 24, 2023 or "31 days" from the pending judge's order...

Please advise;

Thank you for your time and consideration...

Sincerely

Na'eem Omar Betz

Consumer / Plaintiff

ALL RIGHTS RESERVED

28 U.S.C. § 1746 - 15 U.S.C. § 7001(a)(1)(2)

18 U.S.C. § 242 - Deprivation of Rights Under Color of Law

18 U.S.C § 241 - Conspiracy Against Rights

42 U.S.C. § 1983 - Civil Action For Deprivation Of Rights

**ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521**
**PRIVATE: THIS IS NOT A PUBLIC NOTICE OR PUBLIC COMMUNICATION**

**Notice to Principal is Notice to Agent / Notice to Agent is Notice to Principal**

**This private email message, and any attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is for the sole use of the intended recipient and contains privileged and/or confidential information. To all public servants, including but not limited to Federal, State, or Local corporate government(s): I accept your oath of office as your firm and binding contract between you and me, one of the People, whereby you have promised to serve, protect, and defend me, guarantee all of my inalienable rights, and defend the Constitution for the United States of America. Any/all political, private, or public entities, International, Federal, State, or Local corporate government(s), private International Organization(s), Municipality(ties), Corporate agent(s), informant(s), investigator(s) et. al., and/or third party(ties) working in collusion by monitoring My (this email) email(s), and any other means of communication without My express written permission are barred from any review, use, disclosure, or distribution. With explicit reservation of all My rights, without prejudice and without recourse to any of My rights. Any omission does not constitute a waiver of any and/or all intellectual property rights or reserved rights.**

On Tue, Feb 21, 2023 at 2:02 PM Quist, Mark D. <MQuist@reedsmith.com> wrote:

> To make sure we're on the same page, can you confirm that you would be seeking an extension until March 24? If so, we can consent to that. If you're looking for something more than that, please advise – as you'll recall, this is our third motion to dismiss, and we cannot consent to it being pushed out indefinitely. Thanks.

**From:** Na'eem Omar Betz <nobetzo@gmail.com>
**Sent:** Tuesday, February 21, 2023 1:52 PM
**To:** Quist, Mark D. <MQuist@reedsmith.com>; Casale, David A. <DCasale@reedsmith.com>
**Subject:** LOCAL RULE 7(m) CERTIFICATION DUTY TO CONFER ON NONDISPOSITIVE MOTIONS_REQUESTING YOUR CONSENT OR OBJECTION_ TO THE PROPOSED CONSENT MOTION FOR AN EXTENSION OF TIME (31) DAYS FOR PLAINTIFF TO RESPOND TO DEFENDANT SYNCHRONY BANK'S [23] MOTION TO DISMISS...

EXTERNAL E-MAIL - From nobetzo@gmail.com


D.C. LAWYER'S RULES OF PROFESSIONAL CONDUCT:

Rule 3.2--Expediting Litigation

Rule 3.4--Fairness to Opposing Party and Counsel

Rule 4.1--Truthfulness in Statements to Others.

Rule 4.3--Dealing With Unrepresented Persons Other Than Clients

Rule 4.4--Respect for Rights of Third Persons

Rule 5.5--Unauthorized Practice

Rule 7.1--Communications Concerning a Lawyer's Services

Rule 8.3--Reporting Professional Misconduct

Rule 8.4--Misconduct

Rule 8.5--Disciplinary Authority; Choice of Law


IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA_ CASE:1:22-cv-02235-JEB_BETZ v. SYNCHRONY BANK *et* al.

Good Afternoon,

Mark D. Quist (D.C. Bar No. 1552500)|

David A. Casale / Senior Staff Attorney

Plaintiff is requesting your consent to the filing of a Consent Motion for an Extension of Time (31) days for Plaintiff to respond to Defendant Synchrony Bank's [23] Motion to Dismiss the Second Amended Complaint. I am asking ahead of time to save time and energy around this issue.

Please advise;

Thank you for your time and consideration...

Sincerely

Na'eem Omar Betz

Consumer / Plaintiff

ALL RIGHTS RESERVED

28 U.S.C. § 1746 - 15 U.S.C. § 7001(a)(1)(2)

18 U.S.C. § 242 - Deprivation of Rights Under Color of Law

18 U.S.C § 241 - Conspiracy Against Rights

42 U.S.C. § 1983 - Civil Action For Deprivation Of Rights

**ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521**
**PRIVATE: THIS IS NOT A PUBLIC NOTICE OR PUBLIC COMMUNICATION**

**Notice to Principal is Notice to Agent / Notice to Agent is Notice to Principal**

**This private email message, and any attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is for the sole use of the intended recipient and contains privileged and/or confidential information. To all public servants, including but not limited to Federal, State, or Local corporate government(s): I accept your oath of office as your firm and binding contract between you and me, one of the People, whereby you have promised to serve, protect, and defend me, guarantee all of my inalienable rights, and defend the Constitution for the United States of America. Any/all political, private, or public entities, International, Federal, State, or Local corporate government(s), private International Organization(s), Municipality(ties), Corporate agent(s), informant(s), investigator(s) et. al., and/or third party(ties) working in collusion by monitoring My (this email) email(s), and any other means of communication without My express written permission are barred from any review, use, disclosure, or distribution. With explicit reservation of all My rights, without prejudice and without recourse to any of My rights. Any omission does not constitute a waiver of any and/or all intellectual property rights or reserved rights.**

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01