# EXHIBIT C

**Casale, David A.**

| | |
|---|---|
| **From:** | Quist, Mark D. |
| **Sent:** | Tuesday, February 21, 2023 3:19 PM |
| **To:** | nobetzo@gmail.com; Casale, David A. |
| **Subject:** | RE: LOCAL RULE 7(m) CERTIFICATION DUTY TO CONFER ON NONDISPOSITIVE MOTIONS_REQUESTING YOUR CONSENT OR OBJECTION_ TO THE PROPOSED CONSENT MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT |

Mr. Betz, as my colleague Mr. Casale informed you after you sought leave to file a second amended complaint, we object to any further amendments. Please inform the court that we do not consent.

Mark D. Quist

**From:** Na'eem Omar Betz <nobetzo@gmail.com>
**Sent:** Feb 21, 2023 3:04 PM
**To:** "Quist, Mark D." <MQuist@reedsmith.com>; "Casale, David A." <DCasale@reedsmith.com>
**Subject:** LOCAL RULE 7(m) CERTIFICATION DUTY TO CONFER ON NONDISPOSITIVE MOTIONS_REQUESTING YOUR CONSENT OR OBJECTION_ TO THE PROPOSED CONSENT MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT

EXTERNAL E-MAIL - From nobetzo@gmail.com


D.C. LAWYER'S RULES OF PROFESSIONAL CONDUCT:

Rule 3.2--Expediting Litigation

Rule 3.4--Fairness to Opposing Party and Counsel

Rule 4.1--Truthfulness in Statements to Others.

Rule 4.3--Dealing With Unrepresented Persons Other Than Clients
Rule 4.4--Respect for Rights of Third Persons

Rule 5.5--Unauthorized Practice

Rule 7.1--Communications Concerning a Lawyer's Services

Rule 8.3--Reporting Professional Misconduct

Rule 8.4--Misconduct

Rule 8.5--Disciplinary Authority; Choice of Law

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA_ CASE:1:22-cv-02235-JEB_BETZ v. SYNCHRONY BANK *et* al.

Good Afternoon,

David Casale

Senior Staff Attorney / *Pro Hac Vice*

Mark D. Quist (D.C. Bar No. 1552500)

Plaintiff requests your consent to the proposed consent motion for leave to file a third amended complaint....
Please let me know if you agree to the filing of the third amended complaint.

Thank you for your time and consideration...

Sincerely
Na'eem Omar Betz
Consumer / Plaintiff
ALL RIGHTS RESERVED
28 U.S.C. § 1746 - 15 U.S.C. § 7001(a)(1)(2)
18 U.S.C. § 242 - Deprivation of Rights Under Color of Law

18 U.S.C § 241 - Conspiracy Against Rights
42 U.S.C. § 1983 - Civil Action For Deprivation Of Rights

ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521
PRIVATE: THIS IS NOT A PUBLIC NOTICE OR PUBLIC COMMUNICATION

Notice to Principal is Notice to Agent / Notice to Agent is Notice to Principal

This private email message, and any attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is for the sole use of the intended recipient and contains privileged and/or confidential information. To all public servants, including but not limited to Federal, State, or Local corporate government(s): I accept your oath of office as your firm and binding contract between you and me, one of the People, whereby you have promised to serve, protect, and defend me, guarantee all of my inalienable rights, and defend the Constitution for the United States of America. Any/all political, private, or public entities, International, Federal, State, or Local corporate government(s), private International Organization(s), Municipality(ties), Corporate agent(s), informant(s), investigator(s) et. al., and/or third party(ties) working in collusion by monitoring My (this email) email(s), and any other means of communication without My express written permission are barred from any review, use, disclosure, or distribution. With explicit reservation of all My rights, without prejudice and without recourse to any of My rights. Any omission does not constitute a waiver of any and/or all intellectual property rights or reserved rights.