**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NA'EEM BETZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Civil Case No. 1:22-cv-02235-JEB |
| v. | ) |
| | ) |
| SYNCHRONY BANK, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**[PROPOSED] ORDER**

Before the Court is the Plaintiff's Motion for Leave to File Third Amended Complaint and Defendant Synchrony Bank's Opposition thereto. Based on the parties' briefing and the arguments of counsel, the Court finds good cause for denying the Motion. It is therefore

**ORDERED** that the Motion is hereby **DENIED**.

**IT IS SO ORDERED**.

Dated: _____  _____
                                                                                                  HON.