AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| NA'EEM BETZ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-02235-JEB |
| SYNCHRONY BANK | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Synchrony Bank.

Date: 08/02/2023

/s/ Eric M. Manski
*Attorney's signature*

Eric M. Manski (DC Bar No. 1720945)
*Printed name and bar number*

Reed Smith LLP
1301 K Street, NW
Suite 1000-East Tower
Washington DC 20005
*Address*

emanski@reedsmith.com
*E-mail address*

(202) 414-9231
*Telephone number*

(202) 414-9299
*FAX number*